# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:19-cv-113-MOC-WCM

| | |
|---|---|
| JEFFREY FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion. Plaintiff's Motion for Attorney Fees is pending. On March 17, 2022, Defendant filed a response to the motion, providing notice to the Court that, at the rate requested by Plaintiff, counsel's hourly fee amounts to $305.91.

<u>Within ten days, Plaintiff shall file a response informing the Court whether this calculation is accurate</u>. The Court will then determine whether the requested fees are reasonable.

**IT IS SO ORDERED**.

Signed: March 28, 2022

Max O. Cogburn Jr
United States District Judge