UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cv-113-MOC

| | |
|---|---|
| JEFFREY FIELDS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    **ORDER** |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney Fees. (Doc. No. 23).

The Court finds that the proposed amount of fees are reasonable, and the motion is **GRANTED**. Defendant shall pay the sum of $12,924.63 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $7,800.00.

It is therefore **ORDERED** that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $12,924.63 sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $7,800.00.

**IT IS SO ORDERED**.

Signed: April 5, 2022

Max O. Cogburn Jr.
United States District Judge